UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20173-CR-MARTINEZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LAY ONG,

      Defendant.

_____/

**NOTICE OF FILING CHARACTER LETTERS AND PHOTOGRAPHS
IN SUPPORT OF SENTENCING**

      Lay Ong, through counsel, respectfully files the following character letters and

photographs in support of sentencing.


                        Respectfully Submitted,

                        HECTOR A. DOPICO
                        FEDERAL PUBLIC DEFENDER

By:        */s/ Sogol Ghomeshi*_____
                    Assistant Federal Public Defender
                    Special A#: A5502769
                    150 W. Flagler Street, Suite 1700
                    Miami, Florida 33130
                    Tel: 305-530-7000
                    Fax: 305-536-4559
                    sogol_ghomeshi@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Sogol Ghomeshi_

Dear Judge Martinez,

I hope this letter finds you well. My name is Alicia Ong and I am writing to express my full support for my father. As his daughter, I have had the privilege of knowing him all my life, and I believe I am in a unique position to speak to his character and the kind of person he is. While me and my family are unable to be there in person due to my current residence in Malaysia, I wanted to convey my thoughts and assurance of support.

My father is a figure of kindness and loving in our family and community. I have witnessed, on numerous occasions, how he has gone out of his way to help others, whether it's offering assistance to neighbors, providing mentorship to younger people or simply being a compassionate and reliable father and husband. He has been working hard throughout his life for our family even though his education level is not high (only primary school level). But he still makes sure me and my brother get the highest education we can afford. For every year in my life, no matter how late the night was, he had always been the one waiting for me at the door to make sure I was home safe, the one that sending and picking me up from each destination when I am on a heading out or a return trip,the last one in the family while walking in group to make sure he got an eye on us to make sure all of us are safe. His understanding and caring makes him a really good dad.

It is with this understanding of my father's character that I offer my support. He always strived to act with honor and integrity. I truly believe that the charges against him do not reflect the person I know and love. From my perspective, and as someone who knows him intimately, I believe my father always acts with good intentions, and his past actions demonstrate his true nature. I have unwavering faith in my father's honesty and moral compass.

I am grateful for your time and consideration in reading this letter, and I sincerely hope it can provide you with some understanding of a person my father truly is.

Daughter of ONG LAY,
Alicia Ong

Chao Syhuan OOI
Past Council Chairperson
63rd OSEAL (Asia-Pacific) Forum Chairperson
Lions Clubs International

Dear Judge Martinez

It is with great regard and heartfelt sincerity that I offer my testimony about Mr. Lay Chin ONG.

I have been a member of the Lions Clubs International in Malaysia for 29 years and served as the Chairperson of Malaysian Lions Council in 2020-21.

I have known Mr. Lay Ong, who is also a member of the Lions, for more than 40 years, since he was 19 years old and was a tour guide at that time.

Mr. Ong, who have started a travel business in his mid-thirties, has grown his travel company to a very well-known brand in the local travel industry. In terms of family life, he is happily married to his wife, Marie, whom together built their well-reputed company of forty years and they have two children. Both their children are university graduates, one in IT and the other Pharmacy. The son, an IT graduate of United Kingdom, has also joined to run their family business.

Many of my friends and even my family members have joined the company's tour in many occasions handled by Mr Ong himself and he is a likeable person. Some comments about him are – ***jovial, friendly, helpful and easy going***. He jokes a lot and has a good sense of humor.

In the past ten years, Mr. Ong has personally managed 5 International Lions Conventions and at least 4 Asia-pacific area Forum tour group for Malaysia and Singapore Lions members. Due to the positive feedbacks of participants of those tour groups, many of whom were Lions leaders, he and his company has organised the most tour group for the Lions because of these satisfied customers.

Simple words cannot fully describe a person who I know for forty years but, he is a helpful person with kind heart and would spend time whenever he could to assist in the Lions Clubs community service events.

In solemn truth,

…………………………………

Chao Syhuan OOI
DSPN, PKT, PJK, PJM



## PERSATUAN PENDUDUK NAUTILUS BAY
PPM-030-07-22032021

13 January 2026

The Judge
Miami State of Florida
United State of America

**TO WHOM IT MAY CONCERN**

**Re:     LETTER OF GOOD CONDUCT**

**Ong Lay Ghin (MALAYSIAN IDENTITY NO. 580328-07-5465)** has served as the Assistant Secretary of the residents' association of Nautilus Bay, a housing area located in Georgetown, Penang. The residents of this community have known him for more than 13 years.

News of his arrest came as a great shock to all of us. He has held the Assistant Secretary since the formation of the association in 2021. Based on our long-standing interactions with him, we have always known him to us be helpful, honest, responsible and dedicated to servicing the community.

During his time with the association, he has contributed significantly to the welfare and safety of the neighborhood. His responsibilitys included evening patrols of the housing area to help ensure resident's safety, as well as attending meeting with local council on behalf of the assocationl

He is also known as generous and welcoming individual, often opening his home to host neighborhood gathering and community activitesi.

We respectfully hope that this letter may assist the Court in understanding his character and good conduct within our community.

Thank You,

Yours sincerely

**CHANDRASEKRAN A/L DURAIRAJ**
**(NRIC 591211-07-5633)**
**CHAIRMAN**
**Persatuan Penduduk Nautilus Bay**

**AMRAN BIN NOR**
**(NRIC No.700930-07-5517)**
**VICE CHAIRMAN**
**Persatuan Penduduk Nautilus Bay**

**CELIA FUNG FUI LING**
**(NRIC No.671114-13-5198)**
**SECRETARY**
**Persatuan Penduduk Nautilus Bay**

**SHAMSIAH BINTI KIYOH**
**(NRIC No.720103-07-5482)**
**TREASURER**
**Persatuan Penduduk Nautilus Bay**

Dear Judge Martinez,

I am Dato' Albert Tan, currently the Honorary Life President of the Malaysian Chinese Tourism Association (MCTA). I acquainted and know Mr. Jason Ong of Happy Holidays Penang for more than three decades. He is well known for his honesty, integrity and entrepreneurship in managing Happy Holidays.

During his appointment as an Executive Committee member of the MCTA of Penang Chapter, he has actively involved in promoting Penang Tourism as one of the leading tourism destinations for interstate domestic travel as well as foreign inbound tourists into Penang.

Mr Jason Ong also actively participated in the Malaysian National Tourism Industry, particularly in advocating for the worldwide outbound and cruise markets recovery and growth following the challenges posed by the global Covid19 Pandemic. He is still active in the Tourism Organisation and also makes many contributions towards the Tourism industry.

Your sincerely
Dato' Albert Tan Sam Soon

Dear Judge Martinez,

I am writing this letter with the utmost respect and sincerity regarding my father, Mr. Jason Ong Lay Ghin (Ong Lay). I wish to express my deep appreciation for his character and contributions, and to share my personal perspective on who he is and his contributions in life.

As his child, I have witnessed firsthand the values and principles that my father has consistently upheld throughout his life. He is a person of integrity, kindness, and genuine compassion for others. Whether within our family or in the broader community, he has always demonstrated a sincere willingness to help those in need.

Although he did not have the opportunity to receive a high level of formal education, he has never allowed this to limit him. Instead, he continually strives to improve himself and make the best use of what he has. He takes responsibility for those around him and seeks to lead and guide individuals who are struggling in their daily lives back in Malaysia. Through quiet acts of service, guidance, and encouragement, he supports others without expecting anything in return, earning the respect and trust of those who know him.

I kindly ask that you consider his good character and positive contributions when reviewing any matters concerning him. Thank you very much for taking the time to read my letter and for your fair consideration.

Yours sincerely,
Donovan Ong

**Exhibit 1: Community Service – Lions Club International Food Bank Volunteer**



**Exhibits 2 and 3: International President's Certificate of Appreciation awarded to Lay Ong by Dr. Jung-Yul Choi, International President**





**Exhibit 4: Lions Club International Peace Poster Contest 2020-2021**



**Exhibit 5: Community Service – Volunteer Work**



**Exhibit 6: Community Service – Volunteer Work**



**Exhibits 7 and 8: Community Committee Meetings**





**Exhibit 9: Community Meeting with Local Council**



**Exhibit 10: Community Gathering hosted by Lay Ong**

