UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20173-MARTINEZ

UNITED STATES OF AMERICA

v.

LAY ONG,

  Defendant.
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT**

The United States hereby responds to Defendant Lay Ong's ("Defendant") Objections to the Draft Presentence Investigation Report ("PSI") (ECF No. 84) and addresses each objection below.

  a. **Objections to PSI ¶¶ 5–13**

Defendant objects to the "Offense Conduct" section of the PSI, denying the assertions contained therein. (ECF No. 84 at 1). The facts contained in the "Offense Conduct" section of the PSI come from the testimonial and documentary evidence admitted at trial. This Court and a jury heard the evidence, and the jury delivered a unanimous verdict finding Defendant guilty as charged. As such, this Court should accept the facts as articulated in the "Offense Conduct" section of the PSI.

  b. **Objections to PSI ¶¶ 99–101**

Defendant also objects to the recommended special conditions set forth in PSI ¶¶ 99–101, which recommend a data encryption restriction, computer modem restriction, and computer possession restriction. The Government does not oppose Defendant's request that these special

conditions not be imposed. Defendant will be subject to conditions prohibiting any contact with minors, sex offender registration, and the Adam Walsh Act Search condition, among others, which will achieve the sentencing objectives in 18 U.S.C. § 3553.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Dated: January 28, 2026   By:   */s/ Ilana R. Malkin*
　　　　　　　　　　　　　　　　Ilana R. Malkin
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Court ID No. A5503170
　　　　　　　　　　　　　　　　99 Northeast 4th Street
　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　Tel.: (305) 961-9170
　　　　　　　　　　　　　　　　Email: Ilana.Malkin@usdoj.gov