UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20173-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAY ONG,

    Defendant.
    _____/

## NOTICE OF APPEAL

    Notice is hereby given that Lay Ong, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on the 29th day of January, 2026.

                                      HECTOR A. DOPICO
                                      FEDERAL PUBLIC DEFENDER

                    By:    /s/ Sogol Ghomeshi
                                      Sogol Ghomeshi
                                      Assistant Federal Public Defender
                                      Bar No.: 1002979
                                      150 W. Flagler Street, Suite 1700
                                      Miami, Florida 33130-1556
                                      Tel: (305) 533-4255
                                      Fax: (305) 536-4559
                                      E-mail: sogol_ghomeshi@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **February 6, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　/s/ *Sogol Ghomeshi*
　　　　　　　　　　　　　　　　　　　　Sogol Ghomeshi, AFPD