UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20173-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAY ONG,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Public Defender's Office for the Southern District of Florida gives notice that undersigned counsel hereby enters her appearance on behalf of the Defendant.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:   */s/Anshu Budhrani*
       Anshu Budhrani
       Assistant Federal Public Defender
       Florida Bar No. A5502390
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130
       Tel:  305-530-7000
       E-Mail Address:  anshu_budhrani@fd.org

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/Anshu Budhrani*
                Anshu Budhrani