UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20173-MARTINEZ

UNITED STATES OF AMERICA

v.

LAY ONG,

  Defendant.
                                                    /

NOTICE RELATED TO RESTITUTION AND
REQUEST TO CANCEL RESTITUTION HEARING

The United States of America files the instant Notice relating to restitution, stating as follows:

Defendant was charged by indictment with Abusive Sexual Contact of a Minor (18 U.S.C. § 2244(a)(5)). (ECF No. 14). Following a jury trial, Defendant was found guilty as charged. (ECF No. 75). On January 29, 2026, Defendant was sentenced to 41 months' imprisonment. (ECF No. 94). At the time, the government sought additional time to confer with the minor victim's family regarding restitution. The government has conferred with the minor victim's family who has indicated they are not seeking restitution and as such the government will not be pursuing restitution. Therefore, the government respectfully requests that the Restitution Hearing set for April 29, 2026 be canceled.

[SPACE INTENTIONALLY LEFT BLANK]

2

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

Date: February 19, 2026        By: */s/ Ilana R. Malkin*
        Ilana R. Malkin
        Assistant United States Attorney
        Court No: A5503170
        99 Northeast 4th Street
        Miami, Florida 33132
        Tel: (305) 961-9170
        Email: Ilana.Malkin@usdoj.gov